(No. 6762█)

GRAND SPAULDING DODGE, INC., An Illinois Corporation, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF GENERAL SERVICES, Respondent.

*Opinion filed January 9, 1973.*

RALPH M. BERNSTEIN, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 6823█)

EDNA P. KAYE, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF LABOR, Respondent.

*Opinion filed January 9, 1973.*

EDNA P. KAYE, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 6849█)

FARGO BEACH HOME, INC., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed January 9, 1973.*

JEROME GAROON, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 6850

FARGO BEACH HOME, INC., Claimant, *vs*. STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed January 9, 1973.*

JEROME GAROON, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 6905

AERO AMBULANCE SERVICE, INC., Claimant, *vs*. STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed January 9, 1973.*

AERO AMBULANCE SERVICE, INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 6907

CABRINI-GREEN COMMUNITY MARKET, INC., d/b/a/ JET COMMUNITY MARKET, Claimant, *vs*. STATE OF ILLINOIS, DEPARTMENT OF PUBLIC AID, Respondent.